UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BENJAMIN PRUITT,
    Plaintiff,

vs.                    03-1030

STEPHEN MOTE, et al.,
    Defendants.

ORDER

This cause is before the court on the plaintiff's motion to proceed in forma pauperis on appeal. [d/e 64]

Under 28 U.S.C. § 1915(a)(3), the court is required to determine if the plaintiff's appeal is taken in good faith. "Good faith" within the meaning of § 1915(a)(3) is not about the plaintiff's sincerity in requesting appellate review. Rather, an appeal taken in "good faith" is an appeal that, objectively considered, raises non-frivolous colorable issues. *See* Cruz v. Hauck, 404 U.S. 59, 62 (1971); *see also* Coppedge v. United States, 369 U.S. 438, 445 (1962).

On June 15, 2005 the court ordered the plaintiff to submit a brief stating his grounds for appealing the jury verdict in his case. The plaintiff has now complied with that order. For the most part, the plaintiff rehashes arguments made at trial. However, the plaintiff also accuses defense counsel of talking to the jurors.

However, this is not what occurred. After a lunch recess, Attorney Kelly Choate reported to the court that a juror had approached her looking for directions. Ms. Choate stated that she did not speak to the juror, but instead held up her hand and went into another room. She then promptly reported the incident to the court.

The court is unable to find any substantial issue meriting relief from judgement, and the plaintiff has failed to proffer any reason for the court to doubt this determination, the court cannot find a good faith basis for appeal. Accordingly, the court denies plaintiff's motion for leave to proceed in forma pauperis and certifies, pursuant to 28 U.S.C. §1915(a)(3), that the appeal is not in good faith.

The Seventh Circuit has determined that if the district court certifies that an appeal is not taken in good faith, the appellant cannot prosecute the appeal in forma pauperis, but must pay the appellate fees of $255 within 14 days. *See* Newlin v. Helman, 123 F.3d 429, 434 (7th Cir. 1997). If the Plaintiff wishes to contest this Court's finding that the appeal is not taken in good faith, he must file a motion with the Court of Appeals seeking review of this Court's certification within 30

days after service of this order.  *See* Fed.R.App.P. 24(a).

      IT IS THEREFORE ORDERED that plaintiff's motion for leave to appeal in forma pauperis is denied. [d/e 64].   Plaintiff is ordered to remit to the Clerk of the Court the $255 appellate fee within 14 days of the date of this order. Plaintiff is responsible for ensuring payment of the filing fees as directed by this order, and should ensure that the institution having custody of him transmits the necessary funds.   The obligation to ensure full payment of the filing fees imposed by this order shall not be relieved by release or transfer to another prison.  Plaintiff is under a continuing obligation to inform the Clerk of this Court in writing of any change of address within seven days.   <u>The clerk is directed to  submit a copy of this order to the United States Court of Appeals for the Seventh Circuit</u>

      Enter this 19th day of August, 2005.

      **s\Harold A. Baker**

_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE