UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BENJAMIN PRUITT,
    Plaintiff,

vs.                                            03-1030

STEPHEN MOTE, et.al.,
    Defendants.

## CASE MANAGEMENT ORDER

      This cause is before the court for case management and consideration of the plaintiff's motion to compel discovery. [ d/e 98] The plaintiff appeared by Attorney William Ferranti and the defendants appeared by Assistant Illinois Attorney General Kelly Choate.

      The plaintiff has two surviving Eighth Amendment claims against five defendants. The plaintiff alleges that 1) Officer Michael Mesch repeatedly sexually harassed him and then touched his private parts; and 2) the plaintiff notified Warden Stephen Mote, Assistant Warden Adella Jordan-Luster, Officer Patricia Boedecker, and Counselor Wesley Wiles about the problem, but they failed to protect the plaintiff.

      The plaintiff has filed a motion to compel discovery asking the court to order the defendants to provide three things: 1) Officer Mesch's personnel file; 2) all inmate grievances complaining about Officer Mesch between June and December 2002; and 3) all tickets written by Officer Mesch during this same period. The court has considered the motion and the response, and grants the motion to compel in part and denys the motion in part.

      Pursuant to Federal Rule of Evidence 104, the defendants must provide the court with an in camera copy of Defendant Mesch's personnel file. The court will be able to maintain the defendant's confidentiality and also review the file for any potentially relevant information to this case. If relevant information is discovered, the court will set the case for further hearing.

      The defendants are also to search the inmate files of 9 current or former inmates mentioned in the plaintiff's original pretrial order including: Inmate Parker (K-60224), Inmate Victor Alvarez (N–84956), Inmate Johnny Vallejo (B-34027), Inmate "Tolbert" (B-33067), Inmate "Drew" (N–20934), Inmate "Smith" (K-53748), Inmate Rardy Vaughn (R-12168), Inmate Nichelsa (K-42825) and Inmate Parker (K-60224). The defendants are to provide the plaintiffs with copies of any grievances these individuals wrote against Defendant Mesch from June of 2002 to December of 2002. In addition, the defendants are to provide copies of any disciplinary tickets Defendant Mesch wrote against these individuals from June of 2002 to December of 2002.

      The court notes that the plaintiff had identified other potentially relevant inmates in his previous pretrial order including Inmate Jackson (B-36703); Inmate Thomas (K-51602); Inmate Steve Atwood (B-29572); Inmate Nichelsa (K-42825) and Inmate Lewis (K-77624). However, the

1

clerk of the court was unable to locate these individuals.  Either there was no inmate with the name provided, or the inmate number did not match the name provided.  For instance, there were 331 inmates with the last name of Lewis, but none with the inmate number provided.  Therefore, the court cannot ask for information pertaining to these unknown individuals.

**IT IS THEREFORE ORDERED that:**

**1) The plaintiff's motion to compel discovery is granted in part and denied in part. [d/e 98]**

**2) The defendants must provide a copy of Officer Michael Mesch's personnel file to the court for in camera review on or before November 17, 2008.**

**3) The defendants must provide copies of any grievance written by the following inmates against Defendant Mesch from June of 2002 to December of 2002:  Inmate Parker (K-60224), Inmate Victor Alvarez (N –84956),  Inmate Johnny Vallejo (B-34027),   Inmate "Tolbert" (B-33067), Inmate "Drew" (N –20934),  Inmate "Smith" (K-53748), Inmate Rardy Vaughn (R-12168),  Inmate Nichelsa (K-42825) and Inmate Parker (K-60224).   The defendants are also to provide copies of any disciplinary tickets Defendant Mesch wrote against these individuals  from June of 2002 to December of 2002**.  **This information must be provided to plaintiff's counsel on or before December 5, 2008.**

**4) This case is set for pretrial hearing on January 22, 2009 at 1:30 p.m. by personal appearance in the Federal Courthouse in Urbana, Illinois.   The jury trial is scheduled for February 9, 2009 at 9:00 a.m.   No writs to issue at this time.**

Enter this 23rd day of October, 2008.

        s\Harold A. Baker
       _____
         HAROLD A. BAKER
       UNITED STATES DISTRICT JUDGE